LASERFACTURING, INC. and The Twentyfirst Century Corporation (doing business as TC Arts & Laserfactures), Plaintiffs–Appellants,

v.

DAIMLERCHRYSLER CORPORATION (Now Old Carco Liquidated Trust), Defendant–Appellee.

No. 2009–1013.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2012.

### ORDER

Upon consideration of the notice of injunction submitted by the appellee, and the court having received no additional status reports from the parties,

IT IS ORDERED THAT:

(1) The appeal is dismissed without prejudice to reinstatement by the appellant, if appropriate, pursuant to Fed. Cir. R. 47.10. Each side shall bear its own costs at this time.

(2) The clerk shall retain all copies of briefs and appendices at this time.

(3) The revised official caption is reflected above.

In re Knut ELBERS, Christiane Meyer, Martina Von Freyburg, and Gregor Meyers.

No. 2011–1286.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2012.

Julie A. Scott, Boehringer Ingelheim Vetmedica, Inc., of St. Joseph, Missouri, argued for appellant.

Farheena Y. Rasheed, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Robert J. McManus, Associate Solicitor.

RADER, Chief Judge, O'MALLEY and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**